**People of the State of Illinois, Plaintiff-Appellee, v. Nathaniel Williams, Defendant-Appellant.**

**Gen. No. 50,951.** 

First District, Second Division.

September 20, 1966.

Wilson Frost, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Klein, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.